


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Jeffrey Todd Hoskins 3511281

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

**CIVIL ACTION NO.** 2:19-cv-42
*(Number to be assigned by Court)*

South Central Regional Jail

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

**I. Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ______ No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

Plaintiffs: ______________________________

______________________________

______________________________

Defendants: ______________________________

______________________________

______________________________

2. Court (if federal court, name the district; if state court, name the county);

______________________________

______________________________

3. Docket Number: ______________________________

4. Name of judge to whom case was assigned:

______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

______________________________

______________________________

6. Approximate date of filing lawsuit: ______________________________

7. Approximate date of disposition: ______________________________

**V. Relief (continued)):**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**VII. Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

______________________________________________

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ______ No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

______________________________________________

______________________________________________

If not, state your reasons: Don't have noone on the outside to get me any lawyers numbers

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ______ No __✓__

**IV. Statement of Claim (continued):**

Our heads were laying below the toilet.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Please grant lawsuit Please.

**II. Place of Present Confinement:** South Central Regional Jail

A. Is there a prisoner grievance procedure in this institution?

Yes ✓ No ______

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ✓ No ______

C. If you answer is YES:

1. What steps did you take? I just put on the grievance about my loss paperwork, and black Mold in my cell.

2. What was the result? They just said the lawsuit packet was sent.

D. If your answer is NO, explain why not: ______

**III. Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Jeffrey Hoskins 3511981

Address: 1001 Centre Way Charleston, WV 25309

B. Additional Plaintiff(s) and Address(es): ______

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: South central Regional Jail

is employed as: State

at ______

D. Additional defendants: ______

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

There is black mold around the Window in A6 Cell 5. They leave the boxes off in the cell's. they don't give us outdoor reck When we have been asking for it for over a month now. They let the other inmates down the hall get all my paperwork, and letters When they was suppose to take them to booking When I went on Suicide Watc

If so, state the lawyer's name and address:

___________________________________________________________________

___________________________________________________________________

Signed this __________ day of __________________________, 20_____.

_______________________________________

_______________________________________

_______________________________________

_______________________________________
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___________________________________.
(Date)

_______________________________________
Signature of Movant/Plaintiff

________________________________
Signature of Attorney
(if any)